AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROGER USSERY,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV124-70

SHAWN EMMONS, Warden,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 16, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion; therefore, the Petition filed pursuant to 28 U.S.C. § 2254 is dismissed without prejudice. Additionally, Petitioner is denied a certificate of appealability in which Petitioner is not entitled to appeal in forma pauperis. This case stands closed.



| 7/16/24 | John E. Triplett, Clerk of Court |
|---|---|
| *Date* | *Clerk* |

*(By) Deputy Clerk*

GAS Rev 10/2020